**No. 10-874. Clive A. Sherwood, Petitioner v. Internal Revenue Service, et al.**

562 U.S. 1221, 131 S. Ct. 1521, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1447.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 372 Fed. Appx. 101.

**No. 10-877. Independent School District No. 12, Centennial, Petitioner v. Minnesota Department of Education.**

562 U.S. 1221, 131 S. Ct. 1556, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1317.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 788 N.W.2d 907.

**No. 10-883. Antonio Reed, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1527, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1332.

February 22, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 84 A.3d 579.

**No. 10-897. Janice Gilmore, Petitioner v. Macy's Retail Holdings, Inc.**

562 U.S. 1222, 131 S. Ct. 1527, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1428.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 233.

**No. 10-899. Philip W. Wyers, et al., Petitioners v. Master Lock Company.**

562 U.S. 1222, 131 S. Ct. 1531, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1388.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 616 F.3d 1231.

**No. 10-905. Philander Dermont Jenkins, Petitioner v. Minnesota.**

562 U.S. 1222, 131 S. Ct. 1533, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1400.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 782 N.W.2d 211.

**No. 10-910. Michael Leon Seaton, Petitioner v. Stephen Mayberg, et al.**

562 U.S. 1222, 131 S. Ct. 1534, 179 L. Ed. 2d 309, 2011 U.S. LEXIS 1379.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 610 F.3d 530.